MAGISTRATE JUDGE ASHMAN

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

JUDGE BUCKLO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No. 08CR 0196 |
| v. | ) | |
| | ) | Violation: Title 21, United States Code, Sections 841 and 846. |
| JOSE ARTURO RENTERIA, ERNESTO PAYAN, and ANTONIO SIMENTAL | ) | |

FILED
J:N MAR 0 4 2008
MAR 04 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**COUNT ONE**

The SPECIAL FEBRUARY 2008-1 GRAND JURY charges:

Beginning no later than March 10, 2007, and continuing until at least on or about March 12, 2007, at Chicago, in the Northern District of Illinois, Eastern Division, and elsewhere,

JOSE ARTURO RENTERIA,
ERNESTO PAYAN, and
ANTONIO SIMENTAL,

defendants herein, did conspire with others known and unknown to the Grand Jury, knowingly and intentionally to possess with intent to distribute and to distribute more than 500 grams of mixtures containing cocaine, a Schedule II Narcotic Drug Controlled Substance, in violation of Title 21, United States Code, Section 841(a)(1);

All in violation of Title 21, United States Code, Section 846.

## COUNT TWO

The SPECIAL FEBRUARY 2008-1 GRAND JURY further charges:

On or about March 12, 2007, at Chicago, in the Northern District of Illinois, Eastern Division, and elsewhere,

        JOSE ARTURO RENTERIA,
        ERNESTO PAYAN, and
        ANTONIO SIMENTAL,

defendants herein, knowingly and intentionally possessed with the intent to distribute a controlled substance, namely in excess of 500 grams of mixtures containing cocaine, a Schedule II Narcotic Drug Controlled Substance;

In violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2;

A TRUE BILL:

                                                    FOREPERSON

UNITED STATES ATTORNEY

2